1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,           )  No. CR 11-0716 WHA
                                        )
15 |        Plaintiff,                   )
                                        )
16 |        v.                           )  **STIPULATION AND ~~[PROPOSED]~~**
                                        )  **ORDER EXCLUDING TIME UNDER 18**
17 | JESUS CISNEROS ALVAREZ,             )  **U.S.C. § 3161**
                                        )
18 |                                     )
           Defendant.                   )
19 |_____)

20         On October 18, 2011, the parties in this case appeared before the Court. At that time, the

21  Court set the matter to November 8, 2011. The parties have agreed to exclude the period of time

22  between October 18, 2011 and November 8, 2011, from any time limits applicable under 18

23  U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable

24  time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The

25  parties also agree that the ends of justice served by granting such an exclusion of time outweigh

26  the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

27  \\\

28  \\\

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0435 WHA

At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: October 19, 2011           _____/s/_____
          LOWELL C. POWELL
          Special Assistant United States Attorney

DATED: October 19, 2011           _____/s/_____
          DANIEL BLANK
          Attorney for JESUS CISNEROS ALVAREZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0435 WHA

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | For the reasons stated above and at the October 18, 2011 hearing, the Court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 18, |
| 4 | 2011 through November 8, 2011 is warranted and that the ends of justice served by the |
| 5 | continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 |
| 6 | U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the |
| 7 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence. 18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: October 20, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0435 WHA